■ In the Matter of the Town of NORTH HEMPSTEAD, Appellant, Relative to Acquiring Title to Real Property for Drainage Purposes and/or Other Public Purposes Located in the Vicinity of Broadway and Other Streets, in the Town of

North Hempstead, Nassau County. HAMPSHIRE SYNDICATE, LTD., Respondent.—Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before August 1, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.